In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-041 CV


______________________


 

IN RE RICHARD WHEELER






Original Proceeding






MEMORANDUM OPINION


 On January 22, 2007, Richard Wheeler filed a petition for writ of mandamus. We
requested a response from the real party in interest. On January 23, 2007, the trial court
withdrew the order at issue in this mandamus proceeding. This original proceeding is moot.

 Accordingly, this original proceeding is dismissed without regard to the merits of the
issues raised in the petition for writ of mandamus.

 WRIT DISMISSED.

 PER CURIAM

Opinion Delivered January 25, 2007


Before Gaultney, Kreger, and Horton, J.J.